IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COURTNEY CICERO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 1:24-cv-04286 |
| | ) | |
| vs. | ) | Judge: Hon. Manish Shah |
| | ) | |
| TOTAL QUALITY LOGISTICS, LLC, | ) | Magistrate: Hon. Gabriel A. Fuentes |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO STAY PENDING BINDING ARBITRATION**

**NOW COMES,** Plaintiff Courtney Cicero ("Plaintiff") and Defendant Total Quality Logistics, LLC ("TQL"), by and through their undersigned counsel, and for their Agreed Motion to Stay Pending Binding Arbitration, states as follows:

1. On May 23, 2024, Plaintiff filed her Complaint alleging pregnancy discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 as amended by the Pregnancy Discrimination Act against TQL. *See* [ECF No. 1].

2. On August 21, 2024, Plaintiff served TQL's Registered Agent with Summons and Service of Process. As such, TQL's responsive pleading is due on September 11, 2024.

3. As part of Plaintiff's onboarding with TQL at the time of hire, Plaintiff executed a "Dispute Resolution and Arbitration Agreement" requiring Plaintiff—and TQL—to arbitrate any employment-related suits on an individual basis, including those contained in the above-captioned lawsuit. Thus, on August 26, 2024, TQL's counsel sent Plaintiff's counsel a copy of the Dispute

1

Resolution and Arbitration Agreement and requested that the Parties voluntary stay[1] this matter pending adjudication in the appropriate arbitral forum.

4. On September 6, 2024, Plaintiff's counsel confirmed that she consented to staying this matter pending mediation and/or arbitral adjudication pursuant to the terms of the Dispute Resolution and Arbitration Agreement. As such, the Parties are jointly submitting this Agreed Motion to effectuate the same.

5. The Parties will jointly notify the Court of any arbitral resolution, whether by dismissal, settlement, or judgment, without specifying the specific nature of the resolution, within seven (7) days of such resolution.

**WHEREFORE,** the Parties jointly and respectfully request that this Honorable Court enter an Order staying this matter indefinitely pending adjudication in the appropriate arbitral forum, and to grant other relief deemed just and appropriate.

Dated: September 12, 2024                                    Respectfully submitted,

By: _/s/ Gianna Scatchell Basile (with permission)_          By: _/s/ Scott C. Fanning_
Gianna Scatchell Basile
1821W. Hubbard Street, #209
Chicago, IL 60622
gs@lawfirm.gs

_Counsel for Plaintiff_

FISHER & PHILLIPS LLP
Craig R. Annunziata
Scott C. Fanning
10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
cannunziata@fisherphillips.com
sfanning@fisherphillips.com

_Counsel for Defendant, Total Quality Logistics, LLC_

---

[1] On May 16, 2024, the U.S. Supreme Court issued an Opinion in _Smith v. Spizzirri_ wherein it held that courts must stay, rather than dismiss, cases when the underlying claims are subject to mandatory arbitration pursuant to the FAA. _See Smith v. Spizzirri,_ 601 U.S. 472, 478, 144 S. Ct. 1173, 1178, 218 L. Ed. 2d 494 (2024).

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 12th day of September, 2024, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

> Gianna Scatchell Basile
> 1821W. Hubbard Street, #209
> Chicago, IL 60622
> gs@lawfirm.gs

*Counsel for Plaintiff*

/s/ *Scott Fanning*

3

FP 52183987.1