# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Courtney Cicero

                Plaintiff,

v.                                          Case No.: 1:24−cv−04286
                                                   Honorable Manish S. Shah

Total Quality Logistics LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The motion to stay [12] is granted, and no appearance is necessary. This case is stayed pending arbitration. The parties shall file a status report on the progress of arbitration by 12/13/24. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.